The Linderme Tube Co., a Corporation, Plaintiff-Appellee, v. Mo-Bar Hydraulics, Inc., a Corporation, and Mo-Bar Hydraulic Sales Co., a Corporation, Defendants. Mo-Bar Hydraulic Sales Co., a Corporation, Defendant-Appellant.

Gen. No. 11,401. 

Second District, First Division.

December 6, 1960.

Edwin F. Zukowski, of Crystal Lake, for appellant; Eckert, Caldwell & Gleason, of Woodstock, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.**